IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.   4:89cr4006-WS

KENNETH GASTON,

       Defendant.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

    Before the court is the magistrate judge's report and recommendation (doc. 745) docketed April 5, 2005. The magistrate judge recommends that the defendant's motion to correct illegal sentence be summarily dismissed. The defendant has filed objections (doc. 747) to the report and recommendation.

    Upon review of the record, the court has determined that the magistrate judge's report and recommendation must be adopted.

    Accordingly, it is ORDERED:

    1. The magistrate judge's report and recommendation (doc. 745) is adopted and incorporated by reference in this order of the court.

2. The defendant's motion (doc. 744) to correct illegal sentence is hereby summarily DISMISSED.

DONE AND ORDERED this April 21, 2005.

 /s William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE