IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.                                                     4:84cr4006-WS

KENNETH GASTON,

        Defendant.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 764) docketed March 3, 2006. The magistrate judge recommends that the defendant's various notices (docs. 761-763) be summarily dismissed. The defendant has since filed an "Affidavit of Transmittal" (doc. 765). He has not, however, filed objections to the report and recommendation.

Upon review of the record, the court has determined that the magistrate judge's report and recommendation must be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 764) is adopted and incorporated by reference in this order of the court.

2.  The defendant's notices (docs. 761-763) are hereby summarily DISMISSED.

3.  The clerk shall enter judgment accordingly.

DONE AND ORDERED this April 13, 2006.


    /s William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE