IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.        4:89cr4006-WS

KENNETH B. GASTON,

    Defendant.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 769) docketed October 2, 2007. The magistrate judge recommends that the defendant's motion for *nunc pro tunc* correction of sentence (doc. 768) be denied. The defendant has filed no objections to the report and recommendation.

Upon review of the record, this court has determined that the magistrate judge's report and recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 769) is hereby ADOPTED and incorporated by reference into this order.

2. The defendant's motion for *nunc pro tunc* correction of sentence (doc. 768) is hereby DENIED.

3. The clerk shall enter judgment accordingly.

DONE AND ORDERED this __13th__ day of __November__, 2007.


        s/ William Stafford
        WILLIAM STAFFORD
        SENIOR UNITED STATES DISTRICT JUDGE