UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.                                                                                              4:89cr4006-WS

KENNETH GASTON,

      Defendant.

_____

ORDER DENYING DEFENDANT'S MOTION FOR RECONSIDERATION

Before the court is the defendant's motion for reconsideration.  Doc. 791.  The defendant, Kenneth Gaston ("Gaston"), seeks reconsideration of the court's order (doc. 789) denying Gaston's motion for reduction of sentence pursuant to Amendment 706. Amendment 706 reduced the guideline sentencing range under U.S.S.G. § 2D1.1 for certain categories of offenses involving cocaine base.  It did not reduce the sentencing range for defendants sentenced under the career offender provisions.

While Gaston admits that he was sentenced pursuant to the career offender provisions, he now contends that he was not, in fact, a career offender.  Such contention is not one that this court may consider pursuant to 18 U.S.C. § 3582(c)(2).

Gaston also asks the court to apply the same standard in his case that it applied in the case of Larry Leroy Butler, who—according to Gaston—was sentenced as a career offender yet received the benefit of a reduction in sentence pursuant to Amendment 706.  While the career offender provisions were controlling when Butler

was originally sentenced in 1993, his guideline range was revised in 1996 based on a retroactive amendment to the career offender provisions. For Butler, that retroactive amendment meant that the career offender provisions were no longer controlling. He accordingly received a reduced sentence in 1996 pursuant to the crack cocaine guidelines in section 2D1.1. Amendment 706 thus applied to Butler's 1996 sentence, resulting in a reduction in sentence in March of 2008. In contrast, Gaston is *not* entitled to a reduction under Amendment 706 because the career offender provisions controlled the sentence that Gaston is currently serving.

Accordingly, it is ORDERED:

The defendant's motion for reconsideration (doc. 791) is DENIED.

DONE AND ORDERED this   16th   day of   July  , 2008.


        s/ William Stafford
        WILLIAM STAFFORD
        SENIOR UNITED STATES DISTRICT JUDGE